

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUCENT TECHNOLOGIES,<br>　　　　Plaintiff<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY<br>STORES, LLC, GATEWAY COMPANIES,<br>INC., GATEWAY MANUFACTURING,<br>LLC, COWABUNGA ENTERPRISES,<br>INC., DELL INCORPORATED<br>　　　　Defendants. | §<br>§<br>§<br>§  CASE NO. A-04-CA-252-SS<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### AGREED ORDER ON FORGENT NETWORKS, INC.'S
### MOTION TO QUASH THIRD-PARTY SUBPOENA

CAME ON for consideration this date in the above-styled and numbered cause Forgent Networks, Inc.'s Motion to Quash Third Party Subpoena and Objections Subject Thereto (the "Motion"). The Court has been advised that the March 12, 2004 subpoena issued to Forgent Networks, Inc. by Microsoft Corporation in the lawsuit styled: *Lucent Technologies, Inc., et al. v. Gateway, Inc., et al., Case No. 02-CV-2060 B (WMC), in the Southern District of California* (the "Subpoena") has been withdrawn. Thus, having carefully considered the Motion, Microsoft Corporation's withdrawal of its Subpoena, and the entire record, the Court is of the opinion that the Motion is moot.

IT IS THEREFORE ORDERED that the Subpoena issued by Microsoft Corporation to Forgent Networks, Inc. is hereby in all respects withdrawn.

IT IS FURTHER ORDERED that Forgent Networks, Inc.'s Motion to Quash Third Party Subpoena and Objections Subject Thereto is moot.

The Court notes that the parties, by agreement, have resolved their dispute regarding attorneys' fees and costs, and accordingly, this matter is now moot.

SIGNED this _____ day of _____, 2004.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND CONTENT:**

JENKENS & GILCHRIST
a Professional Corporation
2200 One American Center
600 Congress Avenue
Austin, Texas 78701
Telephone: (512) 404-3528
Telecopy: (512) 404-3520

By: _____
William Parrish
State Bar No. 15540325
Gary E. Zausmer
State Bar No. 22251350

Adam G. Price
State Bar No. 24027750

**ATTORNEYS FOR FORGENT NETWORKS, INC.**

FISH & RICHARDSON
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5099
Telecopy: (858) 678-5070

By:_____
Christopher Marchese
State Bar No. _____

Brian Wacter
State Bar No. _____

**ATTORNEYS FOR MICROSOFT CORPORATION**

2

SIGNED this 29th day of June, 2004.

*Sam Sparks*

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND CONTENT:**

JENKENS & GILCHRIST
a Professional Corporation
2200 One American Center
600 Congress Avenue
Austin, Texas 78701
Telephone: (512) 404-3528
Telecopy: (512) 404-3520

By: _____
William Parrish
State Bar No. 15540325

Gary E. Zausmer
State Bar No. 22251350

Adam G. Price
State Bar No. 24027750

**ATTORNEYS FOR FORGENT NETWORKS, INC.**

FISH & RICHARDSON
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5099
Telecopy: (858) 678-5070

By: _____
Christopher Marchese
State Bar No. 170239

Brian Wacter
State Bar No. 223165

**ATTORNEYS FOR MICROSOFT CORPORATION**

2